**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RANDY MEDLOCK                                                                                                    PLAINTIFF

v.                                            3:16CV00095-JM

CITY OF WEST MEMPHIS, ARKANSAS                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order would not be taken in good faith.

DATED this 22nd day of November, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE